# United States Court of Appeals
## For the First Circuit

No. 24-1200

UNITED STATES OF AMERICA,

Appellee,

v.

SEAN O'DONOVAN,

Defendant, Appellant.

**JUDGMENT**

Entered: January 15, 2025

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: Sean O'Donovan's convictions for honest-services wire fraud, 18 U.S.C. §§ 1343, 1346 (counts one and two) are vacated, the conviction for federal programs bribery, 18 U.S.C. § 666 (count three) is affirmed, and the matter is remanded for further proceedings consistent with the opinion issued this day.

By the Court:

Anastasia Dubrovsky, Clerk

cc: Hon. William G. Young, Robert Farrell, Clerk, United States District Court for the District of Massachusetts, Donald Campbell Lockhart, Kristina E. Barclay, David M. Lieberman, Jonathan Edward Jacobson, Martin G. Weinberg, Kimberly Homan, Michael Francis Pabian, Sean O'Donovan